In the Matter of the Claim of FRANK A. WARREN, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue and files and serves record and brief on or before August 20, 1959 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.